| Date | Pleading Number | |
|---|---|---|
| 12/16/71 | | R. A. PERRY, ETC. V. ALLEGHENY AIRLINES, INC., D. CONN. 14724 |
| | | M. E. KERBER, ETC. V. ALLEGHENY AIRLINES, D. CONN. 14725 |
| | | R. D. CYBYSKE, ETC. V. ALLEGHENY AIRLINES, D. CONN. 14734 |
| | | N. H. KELLY V. ALLEGHENY AIRLINES, D. CONN. No. 14740 |
| | | ANN L. BISHOP V. ALLEGHENY AIRLINES, D. MARYLAND, 71-1002-H |
| | | J. Y. HIGGINSON V. ALLEGHENY AIRLINES, D. MARYLAND 71-1134-H |
| | | SHOW CAUSE ORDER entered today. Notified counsel. involved judges. |
| 12/27/71 | 1. | PLTF. ANN L. BISHOP, Response to SCO. (w/brief) |
| 12/29/71 | | JACOB MEISEL, ETC. V. ALLEGHENY AIRLINES, CONN., 14786 (B-1) Amended SCO. |
| 12/30/71 | 2. | DEF SOUTHERN AIRWAYS, Opposing SCO. |
| 12/30/71 | 3. | PLTF. JUDITH Y. HIGGINSON, Response to SCO (w/brief) |
| 1/3/72 | 4. | ALLEGHENY AIRLINES (Deft) Response to SCO |
| 1/3/72 | 5. | ALLEGHENY AIRLINES (Deft) Allegheny Airlines (Connecticut actions) |
| 1/4/72 | 6 | PLTFS. PERRY, KERBER, KELLY AND MISEL, and CLAIMANTS LAFERRIERE, MCCAA, LAMB AND ROBINSON - Response to Order to show cause order |
| 1/13/72 | | ST FRANCIS HOME FOR CHILDREN, INC. V. ALLEGHENY AIRLINES, CONN. 14817 |
| | | LAFERRIERE, V. ALLEGHENY AIR., CONN. 14826 |
| | | MCCAA V. ALLEGHENY AIRLINES, CONN., 14832 |
| | | AMEND SCO of 12/16/71 to include above. Notified counsel, involved judge. |
| 1/20/72 | | ELIZABETH H. LAMB, ETC. V. ALLEGHENY AIRLINES, INC., E.D.PA. 72-65 |
| | | AMEND SCO of 12/16/71 to include above. Notified counsel, involved judge. |
| 2/1/72 | | Hearing Order - Setting A-1 through D-1, Feb. 25, 1972, Denver, Colo. Notified Counsel. Notified involved judges. |
| 2/10/72 | | ORDER- VACATING Hearing Order entered 2/1/72. Notified counsel. |
| 2/10/72 | | Request for postponement of hearing from plaintiffs attorney for St. Francis Home for Children, Inc. |
| 2/10/72 | | Request for postponement of hearing from defense counsel Allegheny Airlines (Connecticut Actions) |
| 2/10/72 | | Request for postponement of hearing from counsel for Allegheny Airlines (Maryland Actions) |
| 2/15/72 | | Request for postponement of hearing from counsel for plaintiffs Perry, Kerber, Kelly, Meisel, LaFerriere, MCaa and Lamb (Kreindler & Kreindler firm) |
| 2/16/72 | 7 | Amended response of Allegheny Airlines w/cert of service |
| 3/3/72 | | ORDER- setting A-1 through D-1 for hearing - March 24, 1972, New York, New York |
| 5/30/72 | | CONSENT of Chief Judge M. Joseph Blumenfeld to handle the litigation in the District of Connecticut |
| 5/30/72 | | OPINION AND ORDER - Consolidating A-1 through D-1 in the District of Connecticut and assigning litigation to Honorable M. Joseph Blumenfeld for consolidated or coordinated pretrial proceedings pursuant to 28 USC §1407 |
| 12/29/72 | 8 | MOTION in JACQUELINE JOHNSON BARNETT, ETC. V. ALLEGHENY AIRLINES D.C., No. 1127-72 -- Motion of Allegheny Airlines for transfer to D. Conn. under §1407. |
| 1/12/73 | | JACQUELINE JOHNSON BARNETT V. ALLEGHENY AIRLINES, D.C. 1127-72 CTO entered today. Notified liaison counsel, involved judges. |
| 1/18/73 | | NOTICE OF OPPOSITION (JACQUELINE JOHNSON BARNETT V. ALLEGHENY AIRLINES) from plaintiff - ORDER - staying CTO - Notified counsel |
| 2/2/73 | 9 | JACQUELINE JOHNSON BARNETT V. ALLEGHENY AIRLINES, D.C. 1127-72 Plaintiffs motion and brief to vacate CTO received w/cert. of service |

| Date | Pleading Number | |
|---|---|---|
| 2/5/73 | | Jacquelin Johnson Barnett v. Allegheny Airlines, D. C., 1127-72 Hearing Order entered today. Set for Feb. 23, Wash. D. C. Notified counsel. |
| 2/20/73 | 10 | Jacquelin Johnson Barnett v. Allegheny Airlines, Inc. D.C., 1127-72 - Allegheny Airlines response to motion and brief. |
| 3/21/73 | 11 | ALLEGHENY AIRLINES, INC., Jacqueline Barnett v. Allegheyny, D.C., 1127-72 Status Report as promised at 2/23/73 hearing. |
| 5/22/73 | | JACQUELIN JOHNSON BARNETT V. ALLEGENY AIRLINES, INC., D.D.C., 1127-72 ORDER - Vacating CTO. Notified clerks, involved judges, counsel |
| 6/21/73 | | MORTON HOLLANDER, ETC. V. ALLEGHENY AIRLINES, INC., ET AL., D. MD. C.A. No. 73-575-M - CTO entered today. Notified counsel, involved judges. |
| 6/28/73 | | ELIZABETH H. LAMB, ETC. V. ALLEGHENY AIRLINES, INC., D. CONN., 15,080 Conditional Remand Order entered today. Notified counsel, involved judge |
| 6/28/73 | 12 | Judge Blumenfeld's order of 6/18/73 in Lamb v. Allegheny |
| 7/6/73 | 12a | MORTON HOLLANDER V. ALLEGHENY AIRLINES, INC., D. MD., 73-575-M Plaintiffs Notice of Opposition filed today. ORDER - staying Cto. Notified counsel |
| 7/16/73 | 13 | MORTON HOLLANDER V. ALLEGHENY AIRLINES, INC., D. MD. 73-5/5 Plaintiff request for extension to file motion and brief ORDER extending to plaintiff Aug. 3, 1973 to file and serve motion and brief. Notified service xcounsel |
| 7/18/73 | | ELIZABETH H. LAMB V. ALLEGHENY AIRLINES, INC., ET AL., D. CONN, 15,080 (E.D. PA., 72-65) CONDITIONAL Remand Order effective today. Notified involved judges, clerks. |
| 8/1/73 | | MORTON HOLLANDER V. ALLEGHENY AIRLINES, INC., D. MD. 73-575-M HEARING ORDER entered today. Set for hearing September 28, 1973 New York, New York. Notified involved judges, Service Counsel |
| 8/3/73 | 14 | MORTON HOLLANDER V. ALLEGHENY AIRLINES, INC., D. MD. 73-575-M Plaintiff motion, biref and cert. of service to vacate CTO |
| 12/13/73 | | MORTON HOLLANDER v. ALLEGHENY AIRLINES, INC., D. MD. 73 575 M Opinion and Order lifting Stay of 6/21/73 CTO and transferring action to the D. of Connecticut for coordinated or consolidated pretrial for assignment to Judge Blumenfeld. |
| 5/17/74 | | JUDITH Y. HIGGINSON, ETC. V. ALLEGHENY AIRLINES, INC., D. CONN., 15,079, D. Md. 71-1134-H - CRO entered today. Notified counsel |
| 6/4/74 | | CRO EFFECTIVE -- Judith Y. Higginson, etc. v. Allegheny Airlines, Conn., No. 15,079 -- Notified Tr'e Judge & Clerk and Tr'r Judge & Clerk. |
| 10/10/74 | 15 | REMAND REQUEST from Judge Blumenfeld in form of "Ruling on Motion for Summary Judgment" filed in D. Conn. on 9/12/74 in H-74-45 |
| 10/10/74 | | CRO ENTERED -- (E-2) Hollander v. Allegheny Airlines (D. Md., No. 73-757-M Civil Action No. H-74-75/ Notified counsel and involved judges. |
| 10/29/74 | | Hollander v. Allegheny Airliens (D.Mdl, No. 73-757-M) D. Conn H-74-75 (E-2) CRO final today. Notified transferee clerk, judge, transferor clerk, judge |

OPINION AND ORDER OF MAY 30, 1972 **343** F. SUPP. **951** (1972).

Opinion and Order of December 13, 1973 368 F. Supp. 815 DOCKET NO. 96

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation Computer ID Code 205

IN RE AIR CRASH DISASTER AT TWEED-NEW HAVEN AIRPORT ON JUNE 7, 1971

DISTRICT OF CONNECTICUT -- HON. M. JOSEPH BLUMENFELD

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Rosemarie A. Perry, etc. v. Allegheny Airlines, Inc. on appeal | Connecticut 14724 | NT | Closed 3/73 | SCO 12/16/71 |
| A-2 | Marion E. Kerber, etc. v. Allegheny Airlines, Inc. | Connecticut 14725 | NT | dis 9/19/73 | SCO 12/16/71 |
| A-3 | Ronald D. Cybyske, etc. v. Allegheny Airlines, Inc. stipulated dismissal 4/13/72 | Connecticut 14734 | NT | DIS | SCO 12/16/71 |
| A-4 | Norman H. Kelly v. Allegheny Airlines, Inc. | Connecticut 14740 | NT | DIS 12/18/74 | SCO 12/16/71 |
| A-5 | Ann L. Bishop, etc. v. Allegheny Airlines Inc. dismissed | Maryland 71-1002-H | Harvey | 5/30/72 | 15,078 SCO 12/16/71 |
| A-6 | Judith Y. Higginson, etc. v. Allegheny Airlines, Inc. CRO 5/17/74 | Maryland 71-1134-H | Harvey | 5/30/72 Remanded 6/4/74 | 15,079 SCO 12/16/71 |
| B-1 | Jacob Meisel, etc. v. Allegheny Airlines, Inc. | Connecticut 14786 | NT | 9/9/73 | Amended SCO 12/29/71 |
| C-1 | St. Francis Home for Children, Inc. v. Allegheny Airlines, Inc. dismissal 7/11/72 | Connecticut 14817 | NT | | Amend SCO 1/13/72 |
| C-2 | Ruth LaFerriere, Etc. v. Allegheny Airlines, Inc. dismissed | Connecticut 14826 | NT | | Amend SCO 1/13/72 |
| C-3 | Janet C. McCaa v. Allegheny Airlines, Inc. dismissed 3/10/75 | Connecticut 14832 | NT | | Amend SCO 1/13/72 |
| D-1 | Elizabeth H. Lamb, etc. v. Allegheny Airlines Remand 7/18/73 | E.D. Penna. 72-65 | Van Artsdalen | 5/30/72 | 15,080 Amend SCO 1/20/72 |
| E-1 | Jacqueline Johnson Barnett, etc. v. Allegheny Airlines, Inc. 9/10/73 opposed | D.C. 1127-72 | Robinson | | |
| XYZ-1 | Reid Lawrence Feldman v. Allegheny Airlines Judgment entered | Connecticut 15670 | | 8/2/74 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-2 | Mary v. Truner, Adm. v. Allegheny Airlines | Conn. | 15,158 | | | dismissed 6/22/73 | |
| XYZ-3 | Sharon H. Robertson, Adm. v. Allegheny Airlines | Conn. | 15,159 | | | 7/5/73 | |
| XYZ-4 | Peggy Schmechel, Adm. v. Allegheny Airlines | Conn. | 15,160 | | | dismissed 8/27/73 | |
| XYZ-5 | Dr. Alan A. Rozen & Evelyn N. Rozen v. Allegheny Airlines, Inc. | Conn | 15,292 | | | | |
| XYZ-6 | Annie Lou Robinson, Adm. v. Allegheny Airlines, Inc. | Conn. | H 39 | | | 5/31/74 | |
| XYZ-7 | Eileen A. Zitnik, etc. v. Allegheny Airlines | Conn. | H 4 | | | dismissed 6/21/74 | |
| E-2 | Morton Hollander, etc. v. Allegheny Airlines  6/21/73 OPPOSED CRO | Md. | 73-575-M | 12/13/73 | H-74-75 remanded | 1/9/75  2/27/74  2/29/75 | Verified correct by 3rd circ. May 1975  Transfer (4) cases  4 20 20 (3) (15)  Rem Dis Pending 2 |
| XYZ-8 | General Dynamics Corp. v. Allegheny Airlines, Inc. | Conn. | H 89 | | | 1/10/74 | |

Verified June 1976 only 1 pending XYZ-5

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 96 -- IN RE AIR CRASH DISASTER AT TWEED-NEW HAVEN AIRPORT ON JUNE 7, 1971

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Matthew Shafner, Esquire<br>O'Brien & Shafner<br>500 Bridge Street at Route 1<br>Groton, Connecticut 06340<br><br>Milton G. Sincoff, Esquire<br>Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York 10016 | William R. Moller, Esquire<br>Regnier, Moller & Taylor<br>41 Lewis Street<br>Hartford, Connecticut 06103 |
| A-2 | Thomas P. Condon, Esquire<br>Post Office Box 148<br>New London, Connecticut 06320<br><br>Kreindler & Kreindler (Same as A-1) | ALLEGHENY AIRLINES<br>John H. Mudd, Esquire<br>Semmes, Bowen & Semmes<br>10 Light Street (17th Floor)<br>Baltimore, Maryland 21202 |
| A-3 | Morgan P. Ames, Esquire<br>Cummings & Lockwood<br>One Atlantic Street<br>Stamford, Connecticut 06904<br><br>Charles T. Hvass, Esquire<br>Hvass, Weisman & King<br>715 Cargill Building<br>Minneapolis, Minnesota 55402 | Wesley W. Horton, Esquire<br>Regnier, Moller § Taylor<br>41 Lewis Street<br>Hartford, Connecticut 06103 |
| A-4 | Robert W. Marrion, Esquire<br>McGarry, Prince, McGarry & Marrion<br>Two Whale Oil Row<br>New London, Connecticut 06320<br><br>Kreindler & Kreindler (Same as A-1) | |
| A-5 | Peter A. Greenburg, Esq.<br>1620 Eye Street, N.W.<br>Washington, D. C. 20006 | John H. Mudd, Esquire<br>Charles E. Iliss, Jr., Esquire<br>Semmes, Bell & Semmes<br>10 Light Street<br>Baltimore, Maryland |
| A-6 | Maurice R. Dunie, Esquire<br>7910 Woodmont Avenue<br>Suite 1101<br>Bethesda, Md. 20014 | |

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 | Matthew Shafner, Esquire ~~Same as A-1~~<br>O'Brien & Shafner<br>500 Bridge Street at Tre.<br>Groton, Connecticut 06340 | |
| | Same as A-1 (Kreindler & Kreidnler) | |
| C-1 | Henry F. Cooney<br>Cooney and Scully<br>266 Pearl Street<br>Hartford, Connecticut | |
| C-2 | Same as A-1 (Kreindler & Kreindler) | |
| C-3 | Same as A-1 (Kreindler & Kreindler) | |
| D-1 | Same as A-1 (Kreindler & Kreindler) | |
| | Daniel Sherman, Esq.<br>262 S. 15th St.<br>Philadelphia, Penna. 19102 | |
| E-1 | ~~Jacob A. Stein, Esquire<br>1200 18th Street, N.W.<br>Washington, D. C. 20036~~ | ~~Richard W. Galiher, Esq.<br>1015 19th Street N.W.<br>Washington, D. C. 20036~~ |
| E-2 | Philip Silverman, Esq.<br>Speiser Shumate Geoghan Krause & ~~Madox~~<br>Madole<br>851 National Press Building<br>Washington, D. C. 20004 | |
| | ~~J. Willard Nalls, Jr., Esq.<br>4400 East West Highway<br>Bethesda, Maryland 20014~~ | |

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __96__ -- IN RE AIR CRASH DISASTER AT TWEED-NEW HAVEN AIRPORT ON JUNE 7, 1971

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Allegheny Airlines, Inc. | A-1 thru A-6   B-1; C-1; C-2; C-3; D-1 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |